■ In the Matter of RICHARD A. GOETZ, an Attorney, Resignor. [745 NYS2d 736] —Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83). Present—Green, J.P., Pine, Hayes, Burns and Gorski, JJ. (Filed June 24, 2002.)

■ In the Matter of MICHAEL B. RUDIN, a Suspended Attorney, Respondent. [745 NYS2d 736] —A certified copy of plea minutes having been filed showing that Michael B. Rudin was convicted of grand larceny in the second degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Pigott, Jr., P.J., Hurlbutt, Gorski and Lawton, JJ. (Filed June 17, 2002.)

■ In the Matter of MARINA K. WHITFIELD, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [745 NYS2d 738] —Order of disbarment entered. Memorandum: Respondent's unexcused failure to appear or answer the petition constitutes a default (*see Matter of Hopkins*, 295 AD2d 1014; *Matter of Hysert*, 291 AD2d 937). Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.